UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DAVID J. PLEWINSKI                              Case No.: 5-15-00921-RNO
                                                Chapter 13

         Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**
Creditor Name:                    PNC BANK
Court Claim Number:               08
Last Four of Loan Number:         719 Spring St - PRE-ARREARS - 3634
Property Address if applicable:   719 SPRING ST., , AVOCA, PA18641

**PART 2: CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:                                          $13,589.58
b. Prepetition arrearages paid by the Trustee:                              $13,589.58
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):                                         $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:                 $0.00
e. Allowed postpetition arrearage:                                          $0.00
f. Postpetition arrearages paid by the Trustee:                             $0.00
g. Total b, d, f:                                                           $13,589.58

**PART 3: POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 22, 2020            Respectfully submitted,

           s/ Charles J. DeHart, III, Trustee
           Standing Chapter 13 Trustee
           Suite A, 8125 Adams Drive
           Hummelstown, PA 17036
           Phone: (717) 566-6097
           Fax: (717) 566-8313
           eMail: dehartstaff@pamd13trustee.com

Creditor Name: PNC BANK
Court Claim Number: 08

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1148716 | 05/04/2016 | $177.79 | $0.00 | $177.79 |
| 5200 | 1150417 | 06/14/2016 | $287.35 | $0.00 | $287.35 |
| 5200 | 1151896 | 07/07/2016 | $287.35 | $0.00 | $287.35 |
| 5200 | 1153391 | 08/04/2016 | $287.35 | $0.00 | $287.35 |
| 5200 | 1154934 | 09/01/2016 | $291.01 | $0.00 | $291.01 |
| 5200 | 1156580 | 10/05/2016 | $291.01 | $0.00 | $291.01 |
| 5200 | 1158163 | 11/02/2016 | $286.13 | $0.00 | $286.13 |
| 5200 | 1159783 | 12/06/2016 | $286.13 | $0.00 | $286.13 |
| 5200 | 1161353 | 01/12/2017 | $286.14 | $0.00 | $286.14 |
| 5200 | 1162881 | 02/08/2017 | $286.13 | $0.00 | $286.13 |
| 5200 | 1164411 | 03/09/2017 | $286.13 | $0.00 | $286.13 |
| 5200 | 1166046 | 04/12/2017 | $286.13 | $0.00 | $286.13 |
| 5200 | 1167586 | 05/11/2017 | $286.14 | $0.00 | $286.14 |
| 5200 | 1169176 | 06/13/2017 | $286.13 | $0.00 | $286.13 |
| 5200 | 1170571 | 07/06/2017 | $286.13 | $0.00 | $286.13 |
| 5200 | 1172068 | 08/10/2017 | $286.14 | $0.00 | $286.14 |
| 5200 | 1173596 | 09/19/2017 | $572.27 | $0.00 | $572.27 |
| 5200 | 1176199 | 11/08/2017 | $284.91 | $0.00 | $284.91 |
| 5200 | 1177583 | 12/05/2017 | $284.92 | $0.00 | $284.92 |
| 5200 | 1179013 | 01/11/2018 | $284.91 | $0.00 | $284.91 |
| 5200 | 1180389 | 02/08/2018 | $284.92 | $0.00 | $284.92 |
| 5200 | 1181750 | 03/08/2018 | $284.91 | $0.00 | $284.91 |
| 5200 | 1183120 | 04/03/2018 | $284.92 | $0.00 | $284.92 |
| 5200 | 1186246 | 05/15/2018 | $569.83 | $0.00 | $569.83 |
| 5200 | 1188928 | 07/12/2018 | $284.92 | $0.00 | $284.92 |
| 5200 | 1190291 | 08/09/2018 | $284.91 | $0.00 | $284.91 |
| 5200 | 1191600 | 09/06/2018 | $284.92 | $0.00 | $284.92 |
| 5200 | 1192951 | 10/10/2018 | $303.42 | $0.00 | $303.42 |
| 5200 | 1194297 | 11/08/2018 | $283.69 | $0.00 | $283.69 |
| 5200 | 1195702 | 12/13/2018 | $283.70 | $0.00 | $283.70 |
| 5200 | 1197072 | 01/10/2019 | $283.70 | $0.00 | $283.70 |
| 5200 | 1199461 | 03/12/2019 | $531.53 | $0.00 | $531.53 |
| 5200 | 1200838 | 04/11/2019 | $319.57 | $0.00 | $319.57 |
| 5200 | 1202162 | 05/09/2019 | $283.70 | $0.00 | $283.70 |
| 5200 | 1203471 | 06/06/2019 | $283.69 | $0.00 | $283.69 |
| 5200 | 1204874 | 07/11/2019 | $283.70 | $0.00 | $283.70 |
| 5200 | 1206223 | 08/07/2019 | $283.70 | $0.00 | $283.70 |
| 5200 | 1207712 | 09/26/2019 | $580.81 | $0.00 | $580.81 |
| 5200 | 1209975 | 11/07/2019 | $297.10 | $0.00 | $297.10 |
| 5200 | 1211342 | 12/12/2019 | $284.30 | $0.00 | $284.30 |
| 5200 | 1212709 | 01/16/2020 | $568.61 | $0.00 | $568.61 |
| 5200 | 1214057 | 02/13/2020 | $284.30 | $0.00 | $284.30 |
| 5200 | 1215368 | 03/12/2020 | $244.53 | $0.00 | $244.53 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DAVID J. PLEWINSKI

Case No.: 5-15-00921-RNO
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 22, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON PA,   18504-

SERVED ELECTRONICALLY

PNC MORTGAGE
3232 NEWMARK DRIVE
MIAMISBURG, OH,   45342

SERVED BY 1ST CLASS MAIL

DAVID J. PLEWINSKI
719 SPRING ST.
AVOCA, PA  18641

SERVED BY 1ST CLASS MAIL

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 22, 2020

s/   Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com