# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David J. Plewinski aka David Plewinski aka David James Plewinski | |
| Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION, its successors and/or assigns | |
| Movant | |
| vs. | NO. 15-00921 RNO |
| David J. Plewinski aka David Plewinski aka David James Plewinski | |
| Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq. | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Respone to Notice of Mortgage Payment Change of PNC BANK NATIONAL ASSOCIATION, which was filed with the Court on or about **4/27/2020** under docket number 57.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594

April 27, 2020